GERALDINE G. DWYER, appellant,

*v.*

NATIONAL NEWARK AND ESSEX BANKING COMPANY OF
NEWARK et al., respondents.

[Decided May 20th, 1929.]

*Messrs. Lum, Tamblyn & Colyer* and *Mr. Merritt Lane,*
for the appellant.

*Messrs. Pitney, Hardin & Skinner,* for the respondents.

PER CURIAM.

The decree appealed from will be affirmed, for the
reasons stated in the opinion filed in the court below by Vice-
Chancellor Backes, and reported in *103 N. J. Eq. 481.*

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, KA-
LISCH, CAMPBELL, LLOYD, VAN BUSKIRK, MCGLENNON,
KAYS, HETFIELD, DEAR, JJ. 10.

*For reversal*—None.